IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31108
Summary Calendar
_____

DELLA ALEXANDER,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF
SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-2916
- - - - - - - - - - -
July 27, 1998
Before JOLLY, SMITH, and PARKER, Circuit Judges.

PER CURIAM:[*]

Della Alexander appeals from the judgment affirming the
Commissioner's denial of her application for Supplemental
Security Income benefits. She contends that the opinion of her
treating psychiatrist was not accorded sufficient weight and
consideration and that the Administrative Law Judge committed
reversible error in failing to complete a form for mental health
evaluation.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

When read in its entirety, the ALJ's decision indicates that the opinion of Alexander's treating psychiatrist was considered and rejected in favor of several other medical opinions. The ALJ is free to reject the opinion of any physician when the evidence supports a contrary conclusion. Moore v. Sullivan, 919 F.2d 901, 905 (5th Cir. 1990). The ALJ did not commit reversible error in determining that the opinions of other physicians were more credible or reliable than that of Alexander's treating psychiatrist. Id.; see also Carrier v. Sullivan, 944 F.2d 243, 247 (5th Cir. 1991).

Because Alexander has not shown how her substantial rights were affected, the ALJ's failure to complete a Psychiatric Review Technique Form is not grounds for reversal. See Mays v. Bowen, 837 F.2d 1362, 1364 (5th Cir. 1988).

AFFIRMED.